UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AEROGROUP INTERNATIONAL, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> OZBURN-HESSEY LOGISTICS, LLC : <br> and OZBURN-HESSEY HOLDING : <br> COMPANY, LLC., : <br> : <br> Defendants/Third Party Plaintiffs, : <br> : <br> v. : <br> : <br> DISTRIBUTION MANAGEMENT : <br> GROUP, INC., : <br> : <br> Third Party Defendant. : | Civil Action No. 08-4217 (SDW) <br><br> **ORDER** |

**THIS MATTER** having come before the Court on the motion of Plaintiff Aerogroup International Inc. ("Aerogroup") for a protective order and a motion to compel discovery against Defendants/Third Party Plaintiffs Ozburn-Hessey Logistics, LLC and Ozburn-Hessey Holding Company, LLC (collectively "OHL"), pursuant to Fed. R. Civ. P. 26 and 37 (Docket Entry No. 106); and the Court having considered the submissions of the parties, having heard oral argument on July 14, 2010; and for the reasons expressed on the record; and for good cause shown,

**IT IS** on this 15th day of July, 2010,

**ORDERED** that Aerogroup's motion for a protective order is **DENIED WITHOUT**

**PREJUDICE**; and it is further

**ORDERED** that Aerogroup's motion to compel is hereby **DENIED** in all respects; however, Aerogroup shall re-serve document requests narrowly tailored concerning OHL's contracts and/or performance issues with other start up customers; and it is further

**ORDERED THAT** Aerogroup's application for reasonable fees and costs incurred in filing the instant motion to compel and motion for a protective order, pursuant to Fed. R. Civ. P. 37, is hereby **DENIED**.

_____
MADELINE COX ARLEO
UNITED STATES MAGISTRATE JUDGE


cc:   Clerk of the Court
      Hon. Susan D. Wigenton, U.S.D.J.
      All Parties
      File